1  Manuel A. Juarez, Esq. (SBN 200706)
   Law Offices of Manuel A. Juarez
2  2143 Cedar Street, Ste. 200
   Berkeley, CA 94709
3  Telephone: (510) 841-6164
   Facsimile: (510) 841-6164
4
   Attorney for Plaintiff
5  LIGIA MELENDEZ

6

7  S. D. Narayan, Esq. (SBN 130964)
   Gregory M. Franchi, Esq. (SBN 133705)
   THE NARAYAN LAW FIRM
8  2040 Pioneer Court, Second Floor
   San Mateo, California 94403
9  Telephone: (650) 403-0150
   Facsimile: (650) 403-0157
10
   Attorneys for Defendant
11 The Federal Deposit Insurance Corporation,
   as Receiver for Washington Mutual Bank
12 (erroneously sued as Washington Mutual
   aka Federal Deposit Insurance Corporation)
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LIGIA MELENDEZ, | Case No. C 11-00615 SC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK; [PROPOSED] ORDER** |
| v. | |
| CACH, LLC; SQUARE TWO FINANCIAL CORP, AKA COLLECT AMERICA, LAW OFFICES OF ALAN M. LASKIN; ALAN M. LASKIN; JASON EWING; NATASHA LAGENFELD; WASHINGTON MUTUAL AKA FEDERAL DEPOSIT INSURANCE CORPORATION; J.P. MORGAN CHASE & CO, AKA J.P. MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A.; PROVIDIAN NATIONAL BANK; MARTHA KUNKLE AKA LAURIE KUNKLE; HOANG THANH TRAN; and Does 1 to 100. | |
| Defendants. | |

1

STIPULATION OF DISMISSAL WITH PREJUDICE OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK; [PROPOSED] ORDER   (FDIC-014)

TO THE COURT AND ALL COUNSEL RECORD:

1. The Plaintiff LIGIA MELENDEZ, and THE FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER FOR WASHINGTON MUTUAL BANK, agree that this matter was removed to the Federal Court pursuant to 12 U.S.C. § 1819(b)(1) since the United States District Court has original jurisdiction on all civil suits against the FDIC in any capacity since such are deemed to arise under the laws of the United States. *See* 12 U.S.C. § 1819(b)(2)(A) jurisdiction.

2. It is the intent of Plaintiff to have this matter remanded back to State Court. Accordingly, Plaintiff will dismiss with prejudice the FDIC, as Receiver for Washington Mutual Bank, in this case. It is agreed that there is no longer federal jurisdiction for this lawsuit.

IT IS HEREBY STIPULATED, by and between Plaintiff LIGIA MELENDEZ, and THE FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER FOR WASHINGTON MUTUAL BANK, and through their respective counsel of record, that the Plaintiff dismisses, with prejudice, the claims against THE FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER FOR WASHINGTON MUTUAL BANK. Each party will bear their own costs and attorney's fees.

DATED: March 10, 2011

LAW OFFICES OF MANUEL A. JUAREZ, ESQ.

/s/ Manuel Juarez

MANUEL A. JUAREZ, ESQ..
*Attorney for Plaintiff*
*Ligia Melendez*

DATED: March 10, 2011

THE NARAYAN LAW FIRM

/s/ S.D. Narayan

S. D. Narayan, Esq.
Gregory M. Franchi, Esq.
*Attorneys for Defendant*
*The Federal Deposit Insurance*
*Corporation, as Receiver for*
*Washington Mutual Bank*

---

2

STIPULATION OF DISMISSAL WITH PREJUDICE OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK; [PROPOSED] ORDER (FDIC-014)

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION, IT IS ORDERED** that the Plaintiff LIGIA MELENDEZ's case is dismissed with prejudice as to The Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (erroneously sued as Washington Mutual aka Federal Deposit Insurance Corporation).

**IT IS FURTHER ORDERED** pursuant to lack of jurisdiction that this case is remanded back to San Francisco Superior Court.

DATED: 3/14/11

Hon.
Judge
DIST.

*IT IS SO ORDERED*
*Judge Samuel Conti*

3

STIPULATION OF DISMISSAL WITH PREJUDICE OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK; [PROPOSED] ORDER  (FDIC-014)

| | |
|---|---|
| LIGIA MELENDEZ,<br><br>      Plaintiff,<br><br>v.<br><br>CACH, LLC; SQUARE TWO FINANCIAL CORP, AKA COLLECT AMERICA, LAW OFFICES OF ALAN M. LASKIN; ALAN M. LASKIN; JASON EWING; NATASHA LAGENFELD; WASHINGTON MUTUAL AKA FEDERAL DEPOSIT INSURANCE CORPORATION; J.P. MORGAN CHASE & CO, AKA J.P. MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A.; PROVIDIAN NATIONAL BANK; MARTHA KUNKLE AKA LAURIE KUNKLE; HOANG THANH TRAN; and Does 1 to 100.<br><br>      Defendants.<br>_____/ | Case No. C 11-00615 SC<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on **March 14, 2011**, I caused the following documents:

    1.    **STIPULATION OF DISMISSAL WITH PREJUDICE OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK; [PROPOSED] ORDER**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following;

Manuel A. Juarez, Esq.
Law Offices of Manuel A. Juarez
2143 Cedar Street, Ste. 200
Berkeley, CA 94709

Dated: March 14, 2011                                                  */s/ Emanuela Gomez*
                                                                                  Emanuela Gomez